JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL F. SILVA, <br><br> Petitioner, <br><br> v. <br><br> CONNIE GIPSON, Warden, <br><br> Respondent. | Case No. CV 11-2538 JFW (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 14, 2012

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE